# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:19MJ131 |
| Tyson Bowens | ) | |
| | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | USDC/WDVA Roanoke Division<br>210 Franklin Road, SW<br>Roanoke, Virginia 24011 | Courtroom No.: R3 |
|---|---|---|
| | | Date and Time: 10/9/19 4:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/09/2019

s/ Michael F. Urbanski
*Judge's signature*

Michael F. Urbanski, Chief USDJ
*Printed name and title*